"Document Electronically Filed"
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
EOH 4375
Attorneys for Petitioners

| | |
|---|---|
| NEW JERSEY CARPENTERS FUNDS; NEW JERSEY REGIONAL COUNCIL OF CARPENTERS and ZAZZALI, FAGELLA, NOWAK, KLEINBAUM & FRIEDMAN, P.C.<br><br>Petitioners,<br><br>v.<br><br>DECON CONSTRUCTION; FLOORS TO GO; and SEYLERS CARPET SERVICE<br>Respondents. | HON. (SDW)<br>CIVIL ACTION NO.<br>07-2879<br><br>**ORDER AND JUDGMENT**<br>**CONFIRMING ARBITRATION**<br>**AWARD AGAINST**<br>**<u>FLOORS TO GO</u>** |

This matter having come before the Court on petitioners' motion to confirm arbitration awards; this Court having found that respondent is bound to a written Collective Bargaining Agreement which provides for the submission to arbitration of any controversies concerning delinquent payment to petitioner New Jersey Carpenters Funds; these disputes having been submitted to an arbitrator who, upon hearings with proper notice to all parties, entered awards; this Court having jurisdiction to enforce the awards of arbitrators pursuant to 9 U.S.C. §9; the Court having considered the written submissions of petitioners in light of the fact that respondent has not submitted opposition to the motion; and for good cause shown:

DeconMotion.doc

It is on this _20th_ day of _November_, 2007, ORDERED as follows:

1. The Arbitration Award against FLOORS TO GO dated May 10, 2007 is hereby confirmed.

2. Judgment is hereby entered against respondent, FLOORS TO GO in favor of petitioners, New Jersey Carpenters Funds ("Funds") and New Jersey Regional Council of Carpenters in the amount of $10,710.51 subject to an adjustment by audit, plus interest at the rate of one percent (1%) above prime per annum on the unpaid balance of both contributions and interest for the period such monies remain outstanding after the date such contributions become due and payable to the petitioner Funds.

3. Judgment is hereby entered against respondent FLOORS TO GO in favor of petitioner Zazzali, Fagella, Nowak, Kleinbaum & Friedman, in the amount of $2,678.00, which is twenty-five percent (25%) of the total original amount due of $10,710.51 to the petitioner Funds, or shall pay twenty-five percent (25%) of the adjusted amount shown to be due by the audit ordered herein plus interest of ten percent (10%) from the date of the Award on any part of the attorneys' fees awarded that is not paid within thirty days to petitioners' attorneys, Zazzali, Fagella, Nowak, Kleinbaum & Friedman, P.C.

4. Judgment is hereby entered against respondent FLOORS TO GO in favor of petitioners New Jersey Carpenters Funds ("Funds"); and New Jersey Regional Council of Carpenters,, in the amount of $500.00 reflecting the arbitrator's fee.

5. Based on the foregoing, judgment is hereby entered, and the respondent is ordered to pay the total amount of $13,888.51.

6. Respondent FLOORS TO GO shall permit the Funds' agents to conduct an audit of the books and records of the respondent.

7. Respondent FLOORS TO GO shall pay the petitioners' costs in this action.

DeconMotion.doc

8. Respondent FLOORS TO GO, in accordance with the Arbitration Award, shall pay, as supplementary attorneys' fees, ten percent (10%) of the total amount due to the petitioner Funds in the event that any additional efforts or services are required in order to recover the amounts due on the judgment.

9. Respondent FLOORS TO GO shall make all future contributions to the Funds in a prompt and timely manner, as determined by the Funds, and the failure of the respondent to do so shall be deemed a violation of this Order.

10. Respondent FLOORS TO GO, its president, registered agent, or other authorized corporate official designated by the Funds, shall appear and make discovery on oath and produce documents concerning the property and things in action of the respondent at the offices of Zazzali, Fagella, Nowak, Kleinbaum & Friedman upon ten (10) days notice.

11. The Employer shall produce at that time and place the following documents pertaining to the Employer:

   A. Bank Accounts;

   B. Federal and state tax returns;

   C. Financial statements;

   D. Documents evidencing ownership interest in real estate, motor vehicle, any and all equipment, pension, life or profit sharing plans, stocks, bonds, securities or other tangible goods;

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

DeconMotion.doc

    E.    Payroll records, accounts receivables and accounts payables;

    F.    Any judgments or liens by or against the Employer;

    G.    Any and all loans, promissory notes, bills of exchange or commercial paper made by or for the benefit of the Employer.

_____, U.S.D.J.

ZAZZALI,
FAGELLA, NOWAK,
KLEINBAUM
& FRIEDMAN
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

DeconMotion.doc